

August 14, 2023

**BY ECF**
Honorable Nancy Hershey Lord
Eastern District New York
Bankruptcy Court
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

     Re:    *In re 86-55 Grand Realty Inc.*
             *File No. 23-40781*

Dear Judge Lord:

    Our office represents the creditor, La Maison De JY L.P. ("Lender"). I write this letter in accordance with this Court's Order dated August 14, 2023 [ECF No. 38] to advise on the status of the Debtor's obligation to pay the Lender the Payment as defined in the Order.
The Lender **has not received the Payment.** In addition, the undersigned emailed the Debtor's counsel and in response was advised that it does not appear that the Debtor will be making the Payment.

    Accordingly, as set forth in the Order, the automatic stay as against the Lender is automatically lifted as of August 28, 2023.

    Thank you for your assistance in this matter.

                                                  Very truly yours,
                                                  */s/ Aviva Francis*
                                                  Jacobowitz Newman Tversky LLP

cc:
All Appearing Parties (*via ECF)*
Counsel for Debtor via ECF and Email